■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SANTIAGO, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered November 21, 1991, convicting him of rape in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCY SANTOS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Friedmann, J.), rendered January 4, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Harwood, Balletta, Rosenblatt and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYNELL E. SIMS, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Namm, J.), rendered January 3, 1991, convicting him of assault in the second degree, upon his plea of guilty, and imposing sentence.